UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

IN RE: PATRICIA CHARMAIGNE LONGMORE

CASE NO: 6:20-bk-04529-LVV

**PROOF OF SERVICE**

Chapter: 13
ECF Docket Reference No. 68

On 2/1/2022, a copy of the following documents, described below,

ECF Docket Reference No. 68

ORDER DISMISSING CHAPTER 13 CASE

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/1/2022

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Laurie K. Weatherford +
Chapter 13 Trustee
PO Box 3450
Winter Park, FL 32790

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO
LABEL MATRIX FOR LOCAL NOTICING
113A6
CASE 6-20-BK-04529-LVV
MIDDLE DISTRICT OF FLORIDA
ORLANDO
TUE FEB 1 12-08-57 EST 2022

CASE INFO
NOTE ENTRIES WITH A + AT THE END OF
THE
NAME HAVE AN EMAIL ADDRESS ON FILE IN
CMECF

ACCU REFERENCE MEDICAL LAB
1901 EAST LINDEN AVE
SUITE 4
LINDEN NJ 07036-1195

AMERICREDIT FINANCIAL SERVICES INC DBA
GM
P O BOX 183853
ARLINGTON TX 76096-3853

AMERICREDIT FINANCIAL SERVICS DBA GM
FINAN
PO BOX 183853
ARLINGTON TX 76096-3853

AMERICREDITGM FINANCIAL
ATTN BANKRUPTCY
PO BOX 183853
ARLINGTON TX 76096-3853

CM/ECF E-SERVICE
ARNA D CORTAZZO +
LAW OFFICE OF ARNA D CORTAZZO PA
POST OFFICE BOX 560984
ROCKLEDGE FL 32956-0984

BREVARD COUNTY TAX COLLECTOR
ATTN HONORABLE LISA CULLEN CFC
POST OFFICE BOX 2500
TITUSVILLE FL 32781-2500

BRIDGECREST
7300 EAST HAMPTON AVENUE
SUITE 100
MESA AZ 85209-3324

BRIDGECREST CREDIT COMPANY LLC
PO BOX 29018
PHOENIX AZ 85038-9018

CASH AISLE
PO BOX 572
LAC DU FLAMBEAU WI 54538-0572

CBWCREDFRSH
200 CONTINENTAL DRIVE
NEWARK DE 19713-4334

CREDIT ONE BANK
ATTN BANKRUPTCY DEPARTMENT
PO BOX 98873
LAS VEGAS NV 89193-8873

EMONEYPOOL INC
3101 N CENTRAL AVE STE 1
PHOENIX AZ 85012-3604

FINWISE BANK
CO OPPORTUNITY FINANCIAL LLC
130 E RANDOLPH STREET SUITE 3400
CHICAGO IL 60601-6379

FINWISE BANKOPP LOANS
ATTN BANKRUPTCY
130 E RANDOLP ST STE3400
CHICAGO IL 60601-6379

FIRST PREMIER BANK
ATTN BANKRUPTCY
PO BOX 5524
SIOUX FALLS SD 57117-5524

FLORIDA DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
POST OFFICE BOX 6668
TALLAHASSEE FL 32314-6668

GENESIS BCCELTIC BANK
ATTN BANKRUPTCY
PO BOX 4477
BEAVERTON OR 97076-4401

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

INTERNAL REVENUE SERVICE
OGDEN UT 842010115

INTERNAL REVENUE SERVICE
POST OFFICE BOX 7346
PHILADELPHIA PA 19101-7346

IRS
PO BOX 7346
PHILADELPHIA PA 19101-7346

CM/ECF E-SERVICE
J ANTHONY VAN NESS +
VAN NESS LAW FIRM PA
1239 E NEWPORT CENTER DRIVE STE 110
DEERFIELD BEACH FL 33442-7711

JULIE NISSIM DO PC
26 FIREMENS MEMORIAL DR
STE 115
POMONA NY 10970-3569

~~EXCLUDE~~
~~LAURIE K WEATHERFORD +~~
~~POST OFFICE BOX 3450~~
~~WINTER PARK FL 32790-3450~~

CM/ECF E-SERVICE
LORI V VAUGHAN +
ORLANDO
FL

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

LVNV FUNDING LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

LWD BENERFIT PAYMENT CONTROL
PO BOX 650
TRENTON NJ 08646-0650

MAXLEND
PO BOX 428
PARSHALL ND 58770-0428

CM/ECF E-SERVICE
MAYA RUBINOV +
VAN NESS LAW FIRM PLC
1239 E NEWPORT CENTER DRIVE SUITE 110
DEERFIELD BEACH FL 33442-7711

MERRICK BANK
RESURGENT CAPITAL SERVICES
PO BOX 10368
GREENVILLE SC 29603-0368

MERRICK BANKCARDWORKS
ATTN BANKRUPTCY
PO BOX 9201
OLD BETHPAGE NY 11804-9001

MINNESOTA REVENUE
600 N ROBERT STREET
SAINT PAUL MN 55101

MINNESOTA REVENUE
PO BOX 64649
SAINT PAUL MN 55164-0649

MISSOURI DEPARTMENT OF REVENUE
PO BOX 475
JEFFERSON CITY MO 65105-0475

NATIONAL CREDIT ADJUSTERS
PO BOX 3023
HUTCHINSON KS 67504-3023

NAVIENT
ATTN CLAIMS DEPT
PO BOX 9500
WILKES-BARR PA 18773-9500

NEW YORK STATE DEPT OF TAX FINANCE
BANKRUPTCY SECTION
P O BOX 5300
ALBANY NY 12205-0300

NY STATE DEPT OF TAXATION
FINANCE
OPTS-INDIVIDUAL TAX RETURNS
PROCESSING
ALBANY NY 12227-0001

NYS ASSESSMENT RECEIVABLES
PO BOX 4127
BINGHAMTON NY 13902-4127

NYS ASSESSMENT RECEIVABLES
PO BOX 4128
BINGHAMTON NY 13902-4128

OFFICE OF PROSECUTING ATTORN
ST LOUIS COUNTY CIVIL DIV
ST LOUIS COUNTY JUSTICE CNT
100 SOUTH CENTRAL
CLAYTON MO 63105-1732

ORION PORTFOLIO SERVICES II LLC
CO PRA RECEIVABLES MANAGEMENT LLC
PO BOX 41021
NORFOLK VA 23541-1021

OXFORD FINANCIAL SERVICES
PO BOX 93
SANTA ROSA CA 95402-0093

DEBTOR
PATRICIA CHARMAIGNE LONGMORE
1027 FALCONER STREET NW
PALM BAY FL 32907-7906

PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

PREMIER BANKCARD LLC
JEFFERSON CAPITAL SYSTEMS LLC ASSIGNEE
PO BOX 7999
SAINT CLOUD MN 56302-7999

PURCHASING POWER
2727 PACES FERRY ROAD SE
SUITE 1200
ATLANTA GA 30339-6151

PURCHASING POWER LLC
BANKRUPTCY DEPARTMENT
2727 PACES FERRY RD SE
BLDG 2 SUITE 1200
ATLANTA GA 30339-6143

PURCHASING POWER LLC
BANKRUPTCY DEPARTMENT
PO BOX 745857
ATLANTA GA 30374-5857

RESURGENT CAPITAL SERVICES
ATTN BANKRUPTCY
POB 10497
GREENVILLE SC 29603-0497

SAG VENTURES INC
1051 EBER BLVD 106
MELBOURNE FL 32904-8768

SCOLOPAX LLC
CO WEINSTEIN RILEY PS
2001 WESTERN AVENUE STE 400
SEATTLE WA 98121-3132

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

STATE OF MINNESOTA
DEPARTMENT OF REVENUE
PO BOX 64447-BKY
ST PAUL MN 55164-0447

STATE OF NEW JERSEY
DEPT OF LABOR WORKFORCE
PO BOX 951
TRENTON NJ 08625-0951

STATE OF NJ DEPT OF LABOR
WORKFORCE DEVELOPMENT
LWD BENEFIT PAYMENT CONTROL
PO BOX 650
TRENTON NJ 08646-0650

TRIDENT ASSET MANAGEMENT
ATTN BANKRUPTCY
PO BOX 888424
ATLANTA GA 30356-0424

TRIDENT ASSET MANGEMENT
ATTN BANKRUPTCY
PO BOX 888424
ATLANTA GA 30356-0424

TRUE ACCORD
16011 COLLEGE STREET
SUITE 130
LENEXA KS 66219-9877

TRUE ACCORD
303 2ND STREET
SUITE 750 SOUTH
SAN FRANCISCO CA 94107-1366

CM/ECF E-SERVICE
UNITED STATES TRUSTEE ORL713 7+
OFFICE OF THE UNITED STATES TRUSTEE
GEORGE C YOUNG FEDERAL BUILDING
400 WEST WASHINGTON STREET SUITE 1100
ORLANDO FL 32801-2210

ADDRESSES WHERE AN EMAIL IS PRESENT WERE SERVED VIA "CM/ECF E-SERVICE" THROUGH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF")SYSTEM.

(Trustee)
Laurie K Weatherford
Post Office Box 3450
Winter Park, FL 32790

ecfdailysummary@c13orl.com

(U.S. Trustee)
United States Trustee - ORL7/13, 7
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801

USTP.Region21.OR.ECF@usdoj.gov

(Creditor)
Purchasing Power, LLC
Bankruptcy Department
2727 Paces Ferry Rd., SE
Bldg. 2, Suite 1200
Atlanta, GA 30339

(Debtor)
Patricia Charmaigne Longmore
1027 Falconer Street NW
Palm Bay, FL 32907
represented by:
Arna D Cortazzo
Law Office of Arna D. Cortazzo, P.A.
Post Office Box 560984
Rockledge, FL 32956-0984

advocates@cortazzolaw.com

J. Anthony Van Ness
Van Ness Law Firm P.A.
1239 E. Newport Center Drive, Ste. 110
Deerfield Beach, FL 33442-7711

tvanness@vanlawfl.com

(Creditor)
Bridgecrest Credit Company, LLC
represented by:
Maya Rubinov
Van Ness Law Firm, PLC
1239 E. Newport Center Drive, Suite 110
Deerfield Beach, FL 33442-7711

bankruptcy@vanlawfl.com

(Creditor)
AmeriCredit Financial Services, Inc.,
dba GM Financial
P O Box 183853
Arlington, TX 76096